# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)

| | |
|---|---|
| In Re: | Case No. 17-14349 |
| Edward Marshall, Sr., | Chapter 13 |
| Debtor(s). | |

### APPEARANCE OF COUNSEL AND REQUEST FOR NOTICE

USAA Federal Savings Bank, a creditor and party in interest in the above styled action, pursuant to Federal Rule of Bankruptcy Procedure 2002(g) requests that all notices required to be mailed or served in this case be directed to:

Lisa Cancanon
Weinstein & Riley, P.S.
11101 West 120th Avenue #280
Broomfield, CO80021
lisac@w-legal.com

Further, pursuant to Federal Rule of Bankruptcy Procedure 9010(b), Lisa Cancanon hereby enters his Notice of Appearance as Counsel in this matter on behalf of USAA Federal Savings Bank.

/s/ Lisa Cancanon
Lisa Cancanon
Weinstein & Riley, P.S.
Attorney for Creditor
11101 West 120th Avenue #280
Broomfield, CO 80021
Bar ID: 323550
Telephone: (303) 539 8600
Fax:
Email:lisac@w-legal.com

47551315

## CERTIFICATE OF SERVICE

      I hereby certify, under penalty of perjury pursuant to 28 U.S.C. Sec. 1746, that a true and correct copy of the Notice of Appearance and Request for Notice was served on the following parties by electronic service via the Court's ECF filing system or by first-class mail on October 11, 2017:

<u>Trustee via E-Filing</u>
William C. Miller, Esq.
ecfemails@ph13trustee.com

<u>Debtor's Counsel via E-Filing</u>
Georgette Miller
info@georgettemillerlaw.com

<u>Debtor via First-Class Mail</u>
Edward Marshall, Sr.
3138 N. 32nd Street
Philadelphia, PA 19132

<u>U.S. Trustee via E-Filing</u>
United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

/s/ Dominic Thomas
Dominic Thomas

47551315