# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Edward Marshall, Sr. | : | CHAPTER 13 |
| | : | |
| | : | |
| DEBTOR(S) | : | CASE NO.:  17-14349 |

## CERTIFICATION OF NO RESPONSE

I, the undersigned, certify that, having served or caused to be served, a copy of the Notice, Application and Proposed Order on <u>March 28, 2018</u>, as shown in the Certification of Service filed in this matter, that more than 20 days have passed and that I have received no response, either oral or written, as of this date to Debtor Attorney's Application for Compensation and Reimbursement of Expenses.

I respectfully request that the Court enter the attached Order.


Dated:  April 17, 2018                        /s/ Georgette Miller
                                              Georgette Miller

                                              Law Offices of Georgette Miller Esq., P.C
                                              335 Evesham Avenue
                                              Lawnside, NJ 08045
                                              856-323-1100
                                              Bar I.D. 86358
                                              Attorney for Debtor

{00313245;v1}