United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 17-14349-mdc
Edward Marshall, Sr.                                            Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 2              Date Rcvd: May 24, 2018
                              Form ID: pdf900         Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 26, 2018.
```
db            +Edward Marshall, Sr.,    3138 N. 32nd Street,    Philadelphia, PA 19132-1001
cr            +USAA Federal Savings Bank,    Weinstein & Riley, P.S.,    2001 Western Avenue, Suite 400,
                Seattle, WA 98121-3132
13970221       Bank Of America, N.A.,    PO BOX 31785,    Tampa, FL 33631-3785
13939508       Capital One,    P.O. Box 71083,    Charlotte, NC 28272-1083
13939511      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor credit Corp,    Po Box 8026,    Cedar Rapids, IA 52408)
13950873      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
13939512      +USAA Federal Savings Bank,    Attn: Bankruptcy,    9800 Fredericksburg Rd,
                San Antonio, TX 78288-0002
13939513       Usaa Savings Bank,    Po Box 47504,    San Antonio, TX 78265
13966680      +Viriva Community Credit Union,    7346 Frankford Avenue,    Philadelphia, PA 19136-3828
13939514      +Viriva Community Cu,    1423 Spruce Street,    Philadelphia, PA 19102-4588
13939516      +Wells Fargo Bank Card,    Mac F82535-02f,    Po Box 10438,    Des Moines, IA 50306-0438
13953349       Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                Des Moines, IA 50306-0438
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov May 25 2018 01:59:45      City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 25 2018 01:59:22
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 25 2018 01:59:43     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/PDF: gecsedi@recoverycorp.com May 25 2018 02:07:58      Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13939508       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 25 2018 02:02:42     Capital One,
                P.O. Box 71083,    Charlotte, NC 28272-1083
13994248      +E-mail/Text: bankruptcy@cavps.com May 25 2018 01:59:41      Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13939509      +E-mail/Text: cs.bankruptcy@jmcbiz.com May 25 2018 01:59:58      Joseph Mann & Creed,
                8948 Canyon Falls Blvd S,    Twinsburg, OH 44087-1900
13993748       E-mail/PDF: resurgentbknotifications@resurgent.com May 25 2018 02:02:35
                LVNV Funding, LLC its successors and assigns as,     assignee of FFPM Carmel Holdings I, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13939580      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 25 2018 02:02:41
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13939510      +E-mail/PDF: gecsedi@recoverycorp.com May 25 2018 02:02:45      Synchrony Bank/Walmart,
                Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
13981647      +E-mail/Text: bncmail@w-legal.com May 25 2018 01:59:38      USAA Federal Savings Bank,
                C/O Weinstein & Riley, PS,    2001 Western Ave Suite 400,    Seattle, WA 98121-3132
14016721      +E-mail/Text: bncmail@w-legal.com May 25 2018 01:59:38      USAA Savings Bank,
                C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                              TOTAL: 12
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13939515*     +Viriva Community Cu,    1423 Spruce St,    Philadelphia, PA 19102-4588
13939507     ##+Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
                                                                                TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-2                  User: Antoinett                Page 2 of 2                   Date Rcvd: May 24, 2018
                                      Form ID: pdf900                Total Noticed: 23
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 24, 2018 at the address(es) listed below:
              GEORGETTE   MILLER     on behalf of Debtor Edward  Marshall, Sr. info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
               rlaw.com;smithcr50524@notify.bestcase.com
              LISA   CANCANON    on behalf of Creditor    USAA Federal Savings Bank LisaC@w-legal.com
              MATTEO SAMUEL WEINER     on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 5
```

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re: Edward Marshall, Sr.** | : | Chapter 13 |
| | : | |
| **Debtor(s).** | : | Bankruptcy No. 17-14349 |

### ORDER DISMISSING CHAPTER 13 AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee (the "Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within five (5) days of the entry of this Order. Within thirty (30) days after the entry of this Order, counsel shall file (1) a Certification of Service confirming such service, and (2) a Certification of No Response confirming that

neither an objection to the proposed compensation nor an application for administrative expense has been filed, or if such application has been filed, set a hearing on all such applications.

      7.      If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any applications for administrative expenses other than Debtor(s)' Counsels have been filed, set a hearing thereon or, if no such applications have been filed, be authorized to return such funds to Debtor(s) pursuant to 11 U.S.C. ' 1326(a)(2).

Dated: 5/24/2018

                                MAGDELINE D. COLEMAN
                                UNITED STATES BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Edward Marshall, Sr. | : | Chapter 13 |
| | : | |
| Debtor(s). | : | Bankruptcy No. 17-14349 |

## CERTIFICATION OF SERVICE

      Michelle Lee, being duly sworn according to law, served the order reserving jurisdiction upon the following individuals listed below, by electronic means and/or first class mail.

William C. Miller
Chapter 13 Trustee
1234 Market Street
Suite 1813
Philadelphia, Pa 19107

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Edward Marshall, Sr.
3138 N. 32nd Street
Philadelphia, PA 19132

ALL CREDITORS AT THE ADDRESS LISTED ON THE MATRIX AND/OR at the ADDRESS LISTED ON FILED PROOFS OF CLAIMS

And notice to be filed electronically with the Court, where it is available for viewing and downloading from the Court's ECF system, and that such electronic filing automatically generates a Notice of Electronic filing constituting service of the filed document upon all of the parties required by Federal Rule of Bankruptcy Procedure 3020(b)(1) and all parties that have requested service of papers in this case.

                                              Respectfully Submitted,

Date: 5/23/2018                    /s/ Michelle Lee
                                       Michelle Lee, Esq.
                                         Law Offices of Georgette Miller, Esq., P.C.
                                         119 S. Easton Rd.
                                         Glenside, PA 19038

{00318102;v1}